**Order entered September 16, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01082-CV

## IN THE INTEREST OF X.A.S., A CHILD

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 86621**

## ORDER

Before the Court is the September 16, 2019 request of Donna Robins, Official Court Reporter for the 196th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **September 26, 2019**. We caution Ms. Robins that further extension requests in this accelerated appeal involving the termination of parental rights will be disfavored.

/s/    KEN MOLBERG
          JUSTICE